# United States Court of Appeals for the Federal Circuit

---

RICHARD GRAMM,

*Appellant*

v.

DEERE & COMPANY,

*Appellee.*

---

2017-1252, -1253

---

APPEALS FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE,
PATENT TRIAL AND APPEAL BOARD IN NOS. IPR2015-00898 & IPR2015-00899

---

**APPELLANT RICHARD GRAMM'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING HIS REPLY BRIEF**

---

                                      John A. Cotter
                                      Thomas J. Oppold
                                      Glenna L. Gilbert
                                      Katherine E. Muller
                                      LARKIN HOFFMAN DALY & LINDGREN LTD.
                                      8300 Norman Center Drive
                                      Suite 1000
                                      Minneapolis, MN 55437
                                      Tel. (952) 896-8300

June 2, 2017                         *Attorneys for Appellant Richard Gramm*

**CERTIFICATE OF INTEREST**

Pursuant to Federal Circuit Rule 47.4, counsel of record for Appellant Richard Gramm certify as follows:

1. The full name of every party represented by us is:

    Richard Gramm

2. The names of the real parties in interest represented by us are:

    Richard Gramm and Headsight, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by us are:

    None

4. The names of all law firms and the partners or associates that appeared for the parties represented by us at the Board, or are expected to appear in this Court, are:

    John A. Cotter, Thomas J. Oppold, Glenna L. Gilbert and Katherine E. Muller of Larkin Hoffman Daly & Lindgren, Ltd.


Dated: June 2, 2017                    /s/ Glenna L. Gilbert
                                       Glenna L. Gilbert

Appellant Richard Gramm ("Gramm") respectfully moves this Court to extend the deadline for filing his Reply Brief from June 22, 2017 to July 13, 2017, under Federal Circuit Rules 26(b) and 27.  Gramm is thus requesting a 21-day extension.  The Court previously granted Appellee Deere & Company ("Deere") a 52-day extension to file its Response Brief.  Gramm has not previously requested an extension in this Appeal.

Gramm has good cause to seek the requested extension.  Gramm's attorneys have significant conflicts during the period currently set between Deere's extended Response deadline and the deadline for Gramm's Reply.  John Cotter, Glenna Gilbert and Katherine Muller have substantial third party discovery commitments in an unrelated matter including planning, preparing for, and taking depositions of multiple third party witnesses located in at least five different states.  Gramm's attorneys also have additional commitments regarding third-party document productions in that case as well as party document production that must be addressed in the upcoming weeks.  John Cotter and Glenna Gilbert will also be engaged in motion practice in another case during the time period currently set for Gramm's Reply which will require a significant time commitment.  Given these conflicts, counsel for Gramm will be unavailable to devote the necessary time to Gramm's Reply Brief during the time period currently set for Gramm's Reply.  Accordingly, Gramm respectfully requests a 21-day extension of time to file his

Reply Brief from June 22, 2017 to July 13, 2017.

Gramm's counsel has conferred with counsel for Deere. Deere's counsel has stated that Deere does not oppose Gramm's request for an extension of time.

Dated: June 2, 2017     Respectfully Submitted,


/s/ Glenna L. Gilbert
John A. Cotter
Thomas J. Oppold
Glenna L. Gilbert
Katherine E. Muller
**Larkin Hoffman Daly & Lindgren Ltd.**
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437-1060
(952) 835-3800
Email: jcotter@larkinhoffman.com
         toppold@larkinhoffman.com
         ggilbert@larkinhoffman.com
         kmuller@larkinhoffman.com

*Attorneys for Appellant Richard Gramm*

# DECLARATION OF GLENNA L. GILBERT IN SUPPORT OF APPELLANT RICHARD GRAMM'S REQUEST FOR AN EXTENTION OF TIME

I, Glenna L. Gilbert, declare as follows:

1. My name is Glenna L. Gilbert. I am a shareholder at Larkin Hoffman Daly & Lindgren Ltd. and I am a member of the bar of this Court.

2. I represent Appellant Richard Gramm ("Gramm") in this matter.

3. Gramm's counsel has conferred with counsel for Appellee Deere & Company regarding Gramm's intent to seek an extension of time for filing his Reply. Deere's counsel stated that Deere does not oppose Gramm's requested extension.

4. Gramm's attorneys have substantial conflicts in the upcoming weeks which will prevent them from devoting the necessary attention to Gramm's Reply, thus demonstrating good cause for the requested extension.

5. In the upcoming weeks, John Cotter, Katherine Muller and I have substantial third party discovery commitments in an unrelated matter including planning, preparing for, and taking depositions of multiple third party witnesses located in at least five different states. We also have additional commitments regarding third-party document productions in that case as well as party document production that must be addressed in the upcoming weeks.

6. John Cotter and I will also be engaged in motion practice in another case during this time period which will require a significant time commitment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2017                                      /s/ Glenna L. Gilbert
                                                         Glenna L. Gilbert

# **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing APPELLANT RICHARD GRAMM'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING HIS REPLY BRIEF with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 2nd day of June, 2017, and served a copy on counsel of record by the CM/ECF system to counsel for Appellee Deere on the service list below.

Gary M. Ropski
Joshua H. James
Jeffry M. Nichols
Laura A. Lydigsen
Jafon L. Fearson
**BRINKS GILSON & LIONE**
NBC Tower – Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, Illinois 60611-5599
Tel.: 312.321.4200
Fax: 312.321.4299
Email: gropski@brinksgilson.com
jnichols@brinksgilson.com
jjames@brinksgilson.com
llydigsen@brinksgilson.com
jfearson@brinksgilson.com

/s/ Glenna L. Gilbert
Glenna L. Gilbert

***Attorney for Appellant Richard Gramm***