NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD GRAMM,**
*Appellant*

**v.**

**DEERE & COMPANY,**
*Appellee*

---

2017-1252, -1253

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00898 and IPR2015-00899.

---

**ON MOTION**

---

**O R D E R**

Deere & Company submit a motion for leave to require that Richard Gramm include in the joint appendix Deere's demonstrative slides that were: (i) shown to the Patent Trial and Appeal Board during the oral hearing; and (ii) are cited by either party in their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The briefing schedule is stayed pending the court's disposition of this motion.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26