Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD GRAMM,**
*Appellant*

**v.**

**DEERE & COMPANY,**
*Appellee*

---

2017-1252, -1253

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00898 and IPR2015-00899.

---

**ON MOTION**

---

Before WALLACH, *Circuit Judge.*

**O R D E R**

Deere & Company moves for leave to require that demonstrative slides shown to the Patent Trial and Appeal Board during oral argument and will be cited in the briefs here on appeal be included in the parties' joint appendix. Richard Gramm opposes the motion.

It appears that a number of demonstrative slides were submitted to the Board in advance of oral argument and

discussed during oral argument but were not formally filed on the Board's docket or included as part of any pleading filed below or cited in a Board decision.

Gramm argues that these slides should not be included in the appendix because they are not part of the official record in the underlying Board proceeding. Deere & Company argues that it is simply seeking to ensure that this court has the benefit of viewing, if it chooses, the demonstrative slides that were submitted to the Board and discussed at oral argument and pertinent to the issues on appeal. Deere & Company argues that the slides are part of the record, as they were allowed and discussed during oral argument and are referenced in documents included in the certified list.

Having considered the parties' arguments on the issue, the court deems it the better course to allow the parties to cite to the demonstrative slides in their briefs and to include those slides in the joint appendix. The court, however, defers to the merits panel assigned to the case to determine whether the materials should not be considered part of the official record on appeal and what, if any, relevance those materials should be given in light of the arguments raised by the parties herein.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The motion is granted to the extent that the parties are allowed to include citations to the demonstrative slides in their briefs and those slides are to be included in the parties' joint appendix.

(3) Deere & Company's response brief is due within seven days of the date of this order. Gramm's reply brief is due within 35 days of the date of filing of Deere & Company's response brief.

(4) A copy of this order and the motion papers shall be transmitted to the merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26