NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD GRAMM,**
*Appellant*

**v.**

**DEERE & COMPANY,**
*Appellee*

---

2017-1252, 2017-1253

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00898, IPR2015-00899.

---

**ON MOTION**

---

Before LOURIE, DYK, and TARANTO, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Appellant Richard Gramm filed a motion to recall the mandate, vacate the court's judgment, and remand these appeals back to the Patent Trial and Appeal Board. A response was invited by the court and filed by appellee Deere & Company.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

July 26, 2018
Date

/s/Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court