# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 2, 2018

Clerk
United States Court of Appeals
for the Federal Circuit
Howard T. Markey Courts Bldg.
717 Madison Place, NW
Washington, DC 20439-3045

**Re: Richard Gramm**
**v. Deere & Company,**
**No. 18-88 (Your docket Nos. 2017-1252, 2017-1253)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc: Mr. David P. Swenson, Esq.
Mr. Gary Melchior Ropski, Esq.

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 2, 2018

Mr. David P. Swenson, Esq.
Larkin Hoffman Daly & Lindgren, Ltd.
8300 Norman Center Drive, Suite #1000
Minneapolis, Minnesota 55437

**Re: Richard Gramm**
**v. Deere & Company,**
**No. 18-88**

Dear Mr. Swenson:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Federal Circuit.

The petitioner is given recovery of costs in this Court as follows:

**Clerk's Costs: $300.00**

This amount may be collected from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Herve' Bocage
Judgments/Mandates Clerk

cc: Mr. Gary Melchior Ropski, Esq.
Clerk, USCA for the Federal Circuit
(Your docket Nos. 2017-1252, 2017-1253)

# Supreme Court of the United States

**No. 18-88**

**RICHARD GRAMM,**

Petitioner

**v.**

**DEERE & COMPANY**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Federal Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of *SAS Institute Inc.* v. *Iancu,* 584 U. S. __ (2018).

October 1, 2018

**Clerk's Costs:** **$300.00**

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States