NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD GRAMM,**
*Appellant*

**v.**

**DEERE & COMPANY,**
*Appellee*

---

2017-1252, 2017-1253

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00898, IPR2015-00899.

---

**O R D E R**

Upon consideration of the judgment of the Supreme Court of the United States in *Richard Gramm v. Deere & Company, No. 18-88,* vacating and remanding to this court for further consideration in light of *SAS Institute Inc.* v. *Iancu,* 584 U. S. __ (2018),

IT IS ORDERED THAT:

The mandate of this court issued on April 24, 2018 is recalled, and the appeals are reinstated.

FOR THE COURT

November 7, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court