NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD GRAMM,**
*Appellant*

v.

**DEERE & COMPANY,**
*Appellee*

---

2017-1252, 2017-1253

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00898, IPR2015-00899.

---

**ORDER**

---

JOHN COTTER, Larkin Hoffman Daly & Lindgren, Ltd., Minneapolis, MN, for appellant. Also represented by GLENNA GILBERT, KATHERINE E. MULLER, THOMAS J. OPPOLD, DAVID P. SWENSON.

GARY M. ROPSKI, Brinks Gilson & Lione, Chicago, IL, for appellee. Also represented by JAFON FEARSON, JOSHUA JAMES, LAURA A. LYDIGSEN, JEFFRY M. NICHOLS.

---

Before LOURIE, DYK, and TARANTO, *Circuit Judges*.

PER CURIAM.

The Supreme Court recently granted a petition for a writ of certiorari in this case. *See Gramm v. Deere & Co.*, No. 18-88 (U.S. Oct. 1, 2018). The Court vacated our decision—*Gramm v. Deere & Co.*, 711 F. App'x 650 (Fed. Cir. 2018)—and remanded to us for further consideration in light of *SAS Institute, Inc. v. Iancu*, 138 S. Ct. 1348 (2018).

This appeal was taken from two final written decisions of the Patent Trial and Appeal Board ("the Board") holding claims 1–11 and 27–34 of U.S. Patent 6,202,395 unpatentable as obvious. *Deere & Co. v. Gramm*, No. IPR2015-00898, Paper 40 (P.T.A.B. Sept. 22, 2016); *Deere & Co. v. Gramm*, No. IPR2015-00899, Paper 40 (P.T.A.B. Sept. 22, 2016). In both proceedings, the Board declined to institute *inter partes* reviews on several grounds identified in the respective petitions. *Deere & Co. v. Gramm*, No. IPR2015-00898, Paper 7 (P.T.A.B. Sept. 23, 2015); *Deere & Co. v. Gramm*, No. IPR2015-00899, Paper 7 (P.T.A.B. Sept. 23, 2015). None of the grounds identified as applicable to claims 12–26 were the basis of institution in either proceeding.

On appeal, we affirmed without opinion the Board's decisions holding claims 1–11 and 27–34 unpatentable as obvious. *Gramm v. Deere & Co.*, 711 F. App'x 650 (Fed. Cir. 2018). After our mandate issued, the Supreme Court decided *SAS Institute, Inc. v. Iancu*, 138 S. Ct. 1348 (2018). Gramm then filed a petition for a writ of certiorari, requesting vacatur of our decision and seeking remand to the Board for consideration of the non-instituted grounds identified as applicable to claims 12–26. Petition for Writ of Certiorari, *Gramm v. Deere & Co.*, No. 18-88 (U.S. July 16, 2018).

Since our mandate issued, Gramm has presented no argument that either this court or the Board erred in holding claims 1–11 and 27–34 unpatentable. The Board's decisions with respect to the instituted grounds are therefore affirmed. *See, e.g.*, *Polaris Indus. Inc. v. Arctic Cat, Inc.*, 724 F. App'x 948, 950 (Fed. Cir. 2018); *Broad Ocean Tech., LLC v. Nidec Motor Corp.*, 727 F. App'x 686, 687 (Fed. Cir. 2018). As a result, the non-instituted grounds identified in the respective petitions as applicable to claims 1–11 and 27–34 are moot. *See Novartis AG v. Noven Pharm. Inc.*, 853 F.3d 1289, 1296 (Fed. Cir. 2017); *In re Gleave*, 560 F.3d 1331, 1338 (Fed. Cir. 2009). However, we remand to the Board for consideration of the non-instituted grounds identified in the respective petitions as applicable to claims 12–26.

IT IS ORDERED THAT:

(1) The Board's decisions in Nos. IPR2015-00898 and IPR2015-00899 with respect to claims 1–11 and 27–34 are affirmed.

(2) These appeals are remanded to the Board for consideration of the grounds identified in the respective petitions as applicable to claims 12–26.

FOR THE COURT

November 7, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court